Virginia John IDEN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Appellee.

No. 4618.

Circuit Court of Appeals, Fourth Circuit.

March 14, 1940.

John W. Cleaton, of Washington, D. C., for appellant.

R. A. Bickers, of Culpeper, Va., for appellee.

PER CURIAM.

Cause docketed and dismissed on motion of appellee. Order filed.

Coleman LAWRENCE, Appellant, v. UNITED STATES of America, Appellee.

No. 4691.

Circuit Court of Appeals, Fourth Circuit.

Aug. 7, 1940.

Carter & Williams, of Danville, Va., for appellant.

F. S. Tavenner, Jr., U. S. Atty., of Woodstock, Va., for appellee.

PER CURIAM.

Cause docketed and appeal dismissed on motion of appellee.

The LINCOLN NATIONAL LIFE INSURANCE COMPANY, Appellant, v. The COUNTY OF ASHE, in the State of North Carolina, and J. F. Scott, Chairman, R. B. Brown and J. E. Oliver, Members of the Board of Commissioners of Ashe County, Appellees.

No. 4603.

Circuit Court of Appeals, Fourth Circuit.

March 22, 1940.

C. L. Shuping and G. C. Hampton, Jr., both of Greensboro, N. C., for appellant.

W. B. Austin and Ira T. Johnston, both of Jefferson, N. C., for appellees.

PER CURIAM.

Case entered dismissed under Rule 23 in accordance with agreement of counsel.

MISSOURI PACIFIC TRANSPORTATION COMPANY, Appellant, v. J. C. GEORGE et al.

No. 11773.

Circuit Court of Appeals, Eighth Circuit.

July 5, 1940.

McCraw & Holt and Lloyd W. Davidson, Jr., all of Dallas, Tex., for appellant.

J. H. Lookadoo and G. W. Lookadoo, both of Arkadelphia, Ark., and Tom W. Campbell, of Little Rock, Ark., for appellees.

PER CURIAM.

Case remanded for hearing on merits and defendants enjoined from levying or causing to be levied any execution, etc., by virtue of judgment obtained in Supreme Court of Arkansas until hearing on merits in District Court, etc.